IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-02378 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Beth W. Jantz |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff EMOJI COMPANY GmbH ("EMOJI") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants"). After reviewing the Motion and the accompanying record, this Court GRANTS EMOJI's Motion in part as follows.

This Court finds EMOJI has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 10, 2022, ECF No. 25 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that EMOJI has provided a basis to conclude that Defendants have sold products using infringing and counterfeit versions of EMOJI's federally registered trademarks (the "EMOJI Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary

Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of EMOJI's previously granted Motion for Entry of a TRO establishes that EMOJI has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that EMOJI will suffer irreparable harm if the injunction is not granted.

Specifically, EMOJI has proved a *prima facie* case of trademark infringement because (1) the EMOJI Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the EMOJI Trademarks, and (3) Defendants' use of the EMOJI Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with EMOJI. Furthermore, Defendants' continued and unauthorized use of the EMOJI Trademarks irreparably harms EMOJI through diminished goodwill and brand confidence, damage to EMOJI's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, EMOJI has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
    a. using the EMOJI Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine EMOJI product or not authorized by EMOJI to be sold in connection with the EMOJI Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine EMOJI product or any other product produced by EMOJI, that is not EMOJI's or not produced under the authorization, control, or supervision of EMOJI and approved by EMOJI for sale under the EMOJI Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of EMOJI, or are sponsored by, approved by, or otherwise connected with EMOJI; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for EMOJI, nor authorized by EMOJI to be sold or offered for sale, and which bear any of EMOJI's trademarks, including the EMOJI Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon EMOJI's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to EMOJI expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information and Defendants' financial accounts, including Defendants' sales and listing history; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon EMOJI's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the EMOJI Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. EMOJI may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Andrew D White and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint (ECF No. 7), Exhibit 2 to the Declaration of Anna K. Reiter (ECF No. 12–20), and the TRO (ECF No. 25) are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $250,000.00 bond posted by EMOJI shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: June 6, 2022

John J. Tharp, Jr.
United States District Judge

## Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Andrew D White |
| 2 | Barbara H Kelly |
| 3 | caoyuchen1 |
| 4 | chenhuiping |
| 5 | Elaine J Peterson |
| 6 | Expert Group |
| 7 | fanjjdd |
| 8 | Fly so high |
| 9 | Gaiety splendour |
| 10 | leizi85 |
| 11 | Monika D Hartness |
| 12 | Scrambled egg with tomato |
| 13 | 2012*fashionshop |
| 14 | ajmed87 |
| 15 | angela12688 |
| 16 | artsyjewel |
| 17 | autop_19 |
| 18 | digirang-0 |
| 19 | drizzling_diamond |
| 20 | fame_starjewels7867 |
| 21 | fulei01 |
| 22 | gi_online_store |
| 23 | hirumi_jeniveen |
| 24 | jewel-creation |
| 25 | karunarathnaproduct-online |
| 26 | kkomb_123 |
| 27 | lak718 |
| 28 | lovely_home674 |
| 29 | oneoone-crafts |
| 30 | padma-online_92 |
| 31 | pnilnuwan2012 |
| 32 | ravimarketing |
| 33 | sell_mart_128 |
| 34 | shubdesigns |
| 35 | sl_sign.cop |
| 36 | super_star-store |
| 37 | syscod_brand |
| 38 | thesilvermiststudio |
| 39 | wangti-67 |
| 40 | wlwy2_9 |
| 41 | yon-bara |

| 42 | baoxin fashion |
|---|---|
| 43 | BnTao trade |
| 44 | caohuixiang fashion |
| 45 | carpartsled |
| 46 | changmin fashion |
| 47 | charmingstore2017 |
| 48 | Cheetahming |
| 49 | chen2556 |
| 50 | chenjianmei |
| 51 | colorphonecase |
| 52 | daoming fashion |
| 53 | dascez |
| 54 | DIY phone case factory |
| 55 | Eve house |
| 56 | fancydiscovery |
| 57 | fashiondesignstore |
| 58 | Fine clothing05 |
| 59 | flyingfish |
| 60 | FollowMe |
| 61 | gasoli |
| 62 | GoodThingStore |
| 63 | Gravitational |
| 64 | Guoxuan International |
| 65 | HAIww19962558 |
| 66 | huangxiaolian |
| 67 | huangxue fashion |
| 68 | huangzhen123 |
| 69 | Hubeer |
| 70 | huixpu |
| 71 | Joicelyn Fashion Online |
| 72 | jyqzywjd |
| 73 | k8k82 |
| 74 | kaijiang |
| 75 | kestore2018 |
| 76 | kukustore |
| 77 | kyfidrtertrwre |
| 78 | leiyuea |
| 79 | liang001 |
| 80 | liaoxueyi22 |
| 81 | light blue1 |
| 82 | liulei135 |
| 83 | lixiping |
| 84 | luliming |
| 85 | LUOPIN HOME |

| 86 | luuhien14 |
|---|---|
| 87 | lyyajksdbazmn |
| 88 | mihui |
| 89 | nbiwiowss |
| 90 | oiunnhj online store |
| 91 | pototstore |
| 92 | Rainbow Fashion |
| 93 | ranxiangguo76191 |
| 94 | rjea45esh |
| 95 | rtgrdg |
| 96 | sdfsf1 |
| 97 | shangm821 |
| 98 | shichangshoes |
| 99 | sihui77mat |
| 100 | terry reedE |
| 101 | vhxfjdfsEfwW |
| 102 | wuxiandongli |
| 103 | xinhuanjai |
| 104 | xuxcuistore |
| 105 | YTT STORE |
| 106 | zhuzhihao |
| 107 | zyltd |
| 108 | DDREAMM |
| 109 | Depuge |
| 110 | DEQUANM |
| 111 | Dongking |
| 112 | DSFFWS |
| 113 | DuoJingShangMaoS |
| 114 | EGFFS |
| 115 | ES Tech |
| 116 | Faimo perfume |
| 117 | FangSutan |
| 118 | FashionFashionitems |
| 119 | FengYe |
| 120 | Fengyuan Pump |
| 121 | Fightartbeauty |
| 122 | FireBoy |
| 123 | Floris Fashion |
| 124 | Fred K Garcia |
| 125 | Ganyinggui |
| 126 | Good helper shop |
| 127 | Growup2020 |
| 128 | Guangzhou Weihuaike Travel Co., Ltd. |
| 129 | guangzhoujikaiqiyeguanliyouxiangongsi |

9

| | |
|---|---|
| 131 | gyaogongcheng |
| 132 | Haikoulaolushangmaoyouxiangongsi |
| 133 | Hegebeck US |
| 134 | Heze Company |
| 135 | Hisasi |
| 136 | HOIUAKD |
| 137 | Ice Maple Technology |
| 138 | INMOTION XINFU |
| 139 | JACKME |
| 140 | JALASH ONLINE |
| 141 | JAMES BUTCHER |
| 142 | jiafeipeng121 |
| 143 | Jingjing shoes clothes |
| 145 | Joestar BG |
| 146 | John Hobbs |
| 147 | Jurong |
| 148 | KDFER |
| 149 | Kha Banhs Store |
| 150 | Knmhjtaa |
| 151 | Kunlang Trading |
| 152 | Ladion |
| 153 | Lan 233 |
| 154 | Lianzhengda |
| 155 | linlin houseware |
| 156 | linlushangmao |
| 157 | linqingliang |
| 158 | Lisimy |
| 159 | LJGBliss |
| 160 | LongZhiShop |
| 161 | LordRoadS |
| 162 | louweikangmgd |
| 163 | Lucky Fire |
| 164 | LXZCZCDPL |
| 165 | M-TASK |
| 166 | Make progress every day |
| 167 | MAKESOON |
| 168 | MHNggllm |
| 169 | miaoxujun122 |
| 170 | Millicenort |
| 171 | MING-BIN |
| 172 | MINGYAMY |
| 173 | MoTcru |
| 174 | MRCSMS |
| 175 | Mushroom pink |

| | |
|---|---|
| 176 | NaTing |
| 177 | NguyenNgocThuy |
| 178 | Nicoleged |
| 179 | NSWDYJDBH |
| 180 | NUOMANAN |
| 181 | NuoNuo-Design |
| 182 | OP LU |
| 183 | OTK-US |
| 184 | OUKINGD |
| 185 | OurTime |
| 186 | Ownet |
| 187 | pan baian |
| 188 | panduola19 |
| 189 | PENHH |
| 190 | poxio168 |
| 191 | PRETTY JEWELLERY |
| 193 | Puredecor |
| 194 | putianshiyixinshangmao |
| 195 | qingbaijiangqubengpeichongwujinjingyingbu |
| 196 | QingHongXin |
| 197 | Qinghui Technology |
| 198 | Qurly |
| 199 | Rich Jewelry |
| 200 | RNNSNZ |
| 201 | ronglaishangmao |
| 202 | ROSARAN |
| 203 | SADFDS |
| 204 | Scotland Fashion Shop |
| 205 | shaheshimingxiangshangmaoyouxiangongs |
| 206 | ShanDongYaoShanShanQuanShuiYouXianGonSi |
| 207 | Shangfeiguang |
| 208 | shanghailumeicanyinguanliyouxiangongsi |
| 209 | Shen hao |
| 210 | SHOUNENN.C |
| 211 | Silvermoon jewelry |
| 212 | Singiha |
| 213 | songyyun |
| 214 | ssxdq |
| 215 | Su-Hor US (Fast Shipping 6-12 Days ) |
| 216 | Sunny Eshop |
| 217 | Taozige |
| 219 | Thin Thin Store |
| 220 | tianluowangluokeji |
| 221 | tianshuiyucaizhuangshigongchengyouxiangongs |

11

| 222 | TIDOO JEWELRY LTD |
|---|---|
| 223 | Tim Duncan's store |
| 225 | Trasign |
| 226 | VEEKADES |
| 227 | VERYN |
| 228 | WaMiShanDongWenWE |
| 229 | wanggaopengShop |
| 230 | Weina Chen |
| 231 | WhatAreWords |
| 232 | Winlyn |
| 235 | Wuhan Xincheng Hengye Technology Co., Ltd. |
| 236 | xiangfangxinxikejiyouxiangongsi |
| 237 | XiMo-Studio |
| 238 | yafen |
| 239 | Yale Attlee |
| 240 | yiererwangluo |
| 241 | Yililay. |
| 243 | YMXGZSHOP |
| 244 | YOYOGYYG |
| 245 | zgf2024 |
| 246 | zhaoyangquxiaofangshangmaoxing |
| 247 | zhuoguilin |
| 248 | zi bo zhi chen dian qi ke ji you xian gong si |
| 249 | 中交第四公路工程局有限公司 |
| 250 | 淮南市颞垚电子商务有限公司1 |