IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, ) | |
| ) | Case No. 22-CV-2378 |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | Judge John J. Tharp, Jr. |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**DEFENDANT WINLYN'S MOTION FOR LEAVE
TO EXCEED THE PAGE LIMITS OF LOCAL RULE 7.1 BY TWO PAGES**

Defendant Shantou City Zhuoxiang Trading Co., Ltd. (listed as Defendant 232 in Schedule A to the Complaint (hereafter "Winlyn")), moves this Court for leave to exceed the fifteen-page limit upon briefs set by Local Rule 7.1. Specifically, Winlyn's Motion to Dissolve the Preliminary Injunction Against Winlyn And/Or Lift the Asset Freeze, filed contemporaneously, is supported by a seventeen page Memorandum of Law and accompanying declarations and exhibits.

As good cause for this request, Winlyn notes that Plaintiff was granted extra pages when filing its *ex parte* Motion for Temporary Restraining Order (Dkt. 11), which Plaintiff later incorporated by reference into its arguments supporting its *ex parte* Motion for Preliminary Injunction (Dkt. 41). Winlyn further notes that the preliminary injunction analysis in a Lanham Act case is complex and multi-factored. Winlyn was unable to properly present its arguments within fifteen pages despite its best efforts to be succinct.

1

For these reasons, and for good cause shown, Winlyn respectfully requests that the Court grant it leave to file a seventeen-page Memorandum of Law in Support of Winlyn's Motion to Dissolve the Preliminary Injunction Against Winlyn And/Or Lift the Asset Freeze. The Memorandum of Law as filed includes the tables of contents and authorities required by Local Rule 7.1.

Date:  June 13, 2022                                         Respectfully submitted,

                                                             By:   *Peter J. Curtin*
                                                                   Peter J. Curtin (6332596)
                                                                   Yichen Cao, Ph.D.
                                                                   **ARCH & LAKE LLP**
                                                                   203 North LaSalle Street, Suite 2100
                                                                   Chicago, IL 60601
                                                                   Telephone: (312) 558-1369
                                                                   Facsimile: (312) 614-1873
                                                                   Email: pete_curtin@archlakelaw.com
                                                                            yichencao@archlakelaw.com

                                                                   Haoyi Chen, Ph.D.
                                                                   ARCH & LAKE LLP
                                                                   2500 Wilcrest, Suite 301
                                                                   Houston, TX, 77042
                                                                   Telephone: (346) 335-9890
                                                                   Facsimile: (312) 614-1873
                                                                   haoyichen@archlakelaw.com

                                                                   *Counsel for Defendant*
                                                                   *Shantou City Zhuoxiang Trading Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2022, a true and correct copy of the foregoing Defendant Winlyn's Motion for Leave to Exceed the Page Limits of Local Rule 7.1 by Two Pages was electronically filed with the Clerk of Court and served upon all counsel of record in this litigation by electronic filing through the CM/ECF system.

*Peter J. Curtin*
Peter J. Curtin