IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| | ) Case No. 22-CV-2378 |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) Judge John J. Tharp, Jr. |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**DEFENDANT WINLYN'S MOTION TO DISSOLVE THE PRELIMINARY
INJUNCTION AGAINST WINLYN AND/OR LIFT THE ASSET FREEZE**

Defendant Shantou City Zhuoxiang Trading Co., Ltd. (listed as Defendant 232 in Schedule A to the Complaint ("Winlyn")), hereby moves this Court to dissolve the *ex parte* preliminary injunction entered against Winlyn on June 6, 2022. Plaintiff's *ex parte* preliminary relief cannot withstand an adversarial presentation focused on the actual facts and the law applicable to Plaintiff's claims against Winlyn.

If the Court decides not to completely dissolve the current injunction, Winlyn respectfully requests that the Court at least lift the freeze imposed on the operating account of Winlyn's Amazon Store. Winlyn's Store continues to operate and sells hundreds of products unconnected to this case. The frozen operating account receives all of the Store's sales revenue. The freeze on its Amazon operating account has cut Winlyn off from that sales revenue which is causing significant difficulties in managing cashflow and paying bills. The amount frozen in Winlyn's operating account is now more than thirty five times the total sales of the accused product

and grows daily. Defendant has conferred with the Plaintiff on this issue last week but has not received a response to its proposal to lift the asset freeze.

In support of its Motion, Winlyn files the accompanying Memorandum of Law, Declaration of Lin Lin (with exhibits) and Declaration of Peter J. Curtin (with exhibits).

Date: June 13, 2022  Respectfully submitted,

By: *Peter J. Curtin*
Peter J. Curtin (6332596)
Yichen Cao, Ph.D.
**ARCH & LAKE LLP**
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Telephone: (312) 558-1369
Facsimile: (312) 614-1873
Email: pete_curtin@archlakelaw.com
 yichencao@archlakelaw.com

Haoyi Chen, Ph.D.
ARCH & LAKE LLP
2500 Wilcrest, Suite 301
Houston, TX, 77042
Telephone: (346) 335-9890
Facsimile: (312) 614-1873
haoyichen@archlakelaw.com

*Counsel for Defendant
Shantou City Zhuoxiang Trading Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2022, a true and correct copy of the foregoing Defendant Winlyn's Motion to Dissolve the Preliminary Injunction And/Or Lift the Asset Freeze, as well as its related Memorandum of Law, Declarations and Exhibits, was electronically filed with the Clerk of Court and served upon all counsel of record in this litigation by electronic filing through the CM/ECF system.

*Peter J. Curtin*
Peter J. Curtin