**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) <br> ) Case No. 22-CV-2378 <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) Judge John J. Tharp, Jr. <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE A HERETO, ) <br> ) <br> Defendants. ) |

**DECLARATION OF PETER J. CURTIN
IN SUPPORT OF WINLYN'S MOTION TO DISSOLVE THE
PRELIMINARY INJUNCTION AND/OR LIFT THE ASSET FREEZE**

1. My name is Peter James Curtin. I am over eighteen years of age and am competent to make this declaration. I could and would testify under oath to the matters set forth herein if called to do so.

2. I am an attorney in good standing with the bars of the State of Illinois and the District of Columbia. I am a Partner in Arch & Lake LLP, 203 N. LaSalle St., Suite 2100, Chicago, IL 60601, and one of the attorneys representing Defendant Shantou City Zhuoxiang Trading Co., Ltd. ("Winlyn") in this litigation.

3. I make this declaration in support of Winlyn's Motion to Dissolve the Preliminary Injunction And/Or Lift the Asset Freeze. The statements in this declaration are based upon my personal knowledge.

4. Attached hereto as Exhibit A is a true and correct copy of a .csv file which I downloaded from the PACER Case Locator on June 13, 2022. This file reflects the results of a PACER search for cases in federal district court in which the Emoji Corporation, GmbH was listed as a Plaintiff. The search results show one case filed in 2016 and sixty-nine cases filed from 2020 to the present. All of those cases list the "Nature of Suit" as 840 (the code for trademark cases).

5. Attached hereto as Exhibit B is a true and correct copy of a screenshot I took on June 13, 2022, showing an image of the search results detailed in Exhibit A.

6. Attached hereto as Exhibit C is a true and correct copy of a .pdf file showing a printout of the Amazon product page for the accused Winlyn Stickers dated April 6, 2022. The document was sent to me by counsel for Plaintiff on June 7, 2022.

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Date: June 13, 2022                                            *Peter J. Curtin*
                                                               Peter J. Curtin