| caseId | caseNumber | caseYear | courtId | firstName | generation | lastName | middleName | partyRole |
|---|---|---|---|---|---|---|---|---|
| 812376 | 1931 | 2021 | cacdc | | | Emoji Company GmbH | | pla |
| 395375 | 407 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 395423 | 431 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 377369 | 3862 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 377309 | 3829 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 385178 | 4874 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 385236 | 4911 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 391469 | 5623 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 385479 | 5068 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 385704 | 5216 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 386302 | 5306 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 378639 | 4645 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 388044 | 5330 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 389761 | 5377 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 391491 | 5636 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 391551 | 5670 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 391611 | 5699 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 391623 | 5707 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 391690 | 5741 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 392232 | 6103 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 392491 | 6275 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 392524 | 6303 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 392564 | 6328 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 392710 | 6420 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 392945 | 6575 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 393388 | 6876 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 393691 | 7114 | 2020 | ilndc | | | Emoji Company GmbH | | pla |
| 396346 | 1012 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 396403 | 1055 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 396646 | 1200 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 396886 | 1348 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397028 | 1458 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397031 | 1461 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397244 | 1603 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397245 | 1604 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397271 | 1627 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397273 | 1628 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397305 | 1653 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397426 | 1737 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 397427 | 1739 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 398396 | 2029 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 398400 | 2031 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 402665 | 2279 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 403289 | 2669 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 403290 | 2670 | 2021 | ilndc | | | Emoji Company GmbH | | pla |
| 403938 | 2802 | 2021 | ilndc | | | Emoji Company GmbH | | pla |

| | | | | |
|---|---|---|---|---|
| 403939 | 2803 | 2021 | ilndc | Emoji Company GmbH pla |
| 404148 | 2941 | 2021 | ilndc | Emoji Company GmbH pla |
| 404149 | 2942 | 2021 | ilndc | Emoji Company GmbH pla |
| 404190 | 2969 | 2021 | ilndc | Emoji Company GmbH pla |
| 378699 | 4678 | 2020 | ilndc | Emoji Company GmbH pla |
| 407785 | 5318 | 2021 | ilndc | Emoji Company GmbH pla |
| 407786 | 5319 | 2021 | ilndc | Emoji Company GmbH pla |
| 407972 | 5453 | 2021 | ilndc | Emoji Company GmbH pla |
| 407973 | 5454 | 2021 | ilndc | Emoji Company GmbH pla |
| 408012 | 5484 | 2021 | ilndc | Emoji Company GmbH pla |
| 408081 | 5534 | 2021 | ilndc | Emoji Company GmbH pla |
| 408120 | 5560 | 2021 | ilndc | Emoji Company GmbH pla |
| 408270 | 5670 | 2021 | ilndc | Emoji Company GmbH pla |
| 409290 | 6375 | 2021 | ilndc | Emoji Company GmbH pla |
| 409341 | 6409 | 2021 | ilndc | Emoji Company GmbH pla |
| 409373 | 6437 | 2021 | ilndc | Emoji Company GmbH pla |
| 413949 | 1765 | 2022 | ilndc | Emoji Company GmbH pla |
| 414383 | 2067 | 2022 | ilndc | Emoji Company GmbH pla |
| 414875 | 2378 | 2022 | ilndc | Emoji Company GmbH pla |
| 415900 | 3043 | 2022 | ilndc | Emoji Company GmbH pla |
| 415286 | 2669 | 2022 | ilndc | Emoji Company GmbH pla |
| 415862 | 3012 | 2022 | ilndc | Emoji Company GmbH pla |
| 385849 | 2650 | 2016 | nyedc | Emoji Company GmbH pla |

| partyType | bankruptcy | caseNumber | caseOffice | caseTitle | caseType | dateDischa | dateDismis | dateFiled |
|-----------|-----------|-----------|-----------|-----------|----------|-----------|-----------|-----------|
| pty | | 2:2021cv01 | 2 | Emoji Com | cv | | | 3/2/2021 |
| pty | | 1:2021cv00 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv00 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv03 | 1 | Emoji Com | cv | | | 7/1/2020 |
| pty | | 1:2020cv03 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv04 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv04 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | 9/3/2020 |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | 9/9/2020 |
| pty | | 1:2020cv04 | 1 | Emoji Com | cv | | | 8/7/2020 |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv05 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv06 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2020cv07 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | 3/3/2021 |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv01 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv02 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv02 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv02 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv02 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv02 | 1 | Emoji Com | cv | | | ######## |
| pty | | 1:2021cv02 | 1 | Emoji Com | cv | | | ######## |

| pty | 1:2021cv0 | 1 Emoji Com cv | ######## |
|-----|-----------|----------------|----------|
| pty | 1:2021cv0 | 1 Emoji Com cv | 6/2/2021 |
| pty | 1:2021cv0 | 1 Emoji Com cv | 6/2/2021 |
| pty | 1:2021cv0 | 1 Emoji Com cv | 6/3/2021 |
| pty | 1:2020cv04 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv05 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv06 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv06 | 1 Emoji Com cv | ######## |
| pty | 1:2021cv06 | 1 Emoji Com cv | ######## |
| pty | 1:2022cv01 | 1 Emoji Com cv | 4/6/2022 |
| pty | 1:2022cv0 | 1 Emoji Com cv | ######## |
| pty | 1:2022cv0 | 1 Emoji Com cv | 5/6/2022 |
| pty | 1:2022cv03 | 1 Emoji Com cv | ######## |
| pty | 1:2022cv0 | 1 Emoji Com cv | ######## |
| pty | 1:2022cv03 | 1 Emoji Com cv | 6/9/2022 |
| pty | 1:2016cv0 | 1 Emoji Com cv | ######## |

| dateReope | dateTerme | disposition | natureOfSı | jointBankrı | jointDischa | jointDismis | jointDispos | caseLink |
|---|---|---|---|---|---|---|---|---|
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 1/8/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 8/4/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 8/4/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 3/3/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 8/3/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 3/3/2022 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 9/3/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 9/8/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 4/6/2021 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | 5/5/2022 | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |
| | ######## | 840 | | | | | | https://ecf. |

| | | |
|---|---|---|
| ######## | 840 | https://ecf. |
| 3/3/2022 | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| ######## | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| | 840 | https://ecf. |
| ######## | 840 | https://ecf. |

.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?812376
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?395375
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?395423
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?377369
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?377309
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?385178
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?385236
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?391469
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?385479
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?385704
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?386302
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?378639
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?388044
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?389761
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?391491
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?391551
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?391611
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?391623
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?391690
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?392232
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?392491
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?392524
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?392564
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?392710
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?392945
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?393388
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?393691
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?396346
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?396403
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?396646
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?396886
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397028
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397031
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397244
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397245
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397271
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397273
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397305
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397426
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?397427
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?398396
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?398400
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?402665
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?403289
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?403290
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?403938

.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?403939
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?404148
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?404149
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?404190
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?378699
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?407785
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?407786
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?407972
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?407973
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?408012
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?408081
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?408120
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?408270
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?409290
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?409341
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?409373
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?413949
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?414383
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?414875
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?415900
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?415286
.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?415862
.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?385849