An official website of the United States government. Here's how you know

Log in to PACER Systems

PACER
Public Access To Court Electronic Records

# PACER Case Locator

| New Search | Saved Items | Court Information | Settings | | Peter Curtin |

🏠 › Party Search › Search Results

**Search Criteria:** Party Search; Jurisdiction Type: [Civil]; Last Name: [Emoji]; Party Role: [PLA]
**Result Count:** 69

Icon Legend

(1 of 2) ⏮ ◀ **1** 2 ▶ ⏭ 1 ▾

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Emoji Company GmbH (pla) | 2:2021cv01931 | Emoji Company GmbH v. Mattel, Inc. et al | California Central District Court | 03/02/2021 | 10/08/2021 |
| Emoji Company GmbH (pla) | 1:2021cv00407 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 01/25/2021 | 07/28/2021 |
| Emoji Company GmbH (pla) | 1:2021cv00431 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 01/26/2021 | 03/30/2022 |
| Emoji Company GmbH (pla) | 1:2020cv03862 | Emoji Company GmbH v. Wupengfei, et al | Illinois Northern District Court | 07/01/2020 | 01/08/2021 |
| Emoji Company GmbH (pla) | 1:2020cv03829 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 06/30/2020 | 12/17/2020 |
| Emoji Company GmbH (pla) | 1:2020cv04874 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 08/20/2020 | 09/24/2021 |
| Emoji Company GmbH (pla) | 1:2020cv04911 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 08/21/2020 | |
| Emoji Company GmbH (pla) | 1:2020cv05623 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/22/2020 | 03/16/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05068 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 08/28/2020 | 02/10/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05216 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/03/2020 | 08/04/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05306 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/09/2020 | 08/12/2021 |
| Emoji Company GmbH (pla) | 1:2020cv04645 | Emoji Company GmbH v. ARIELA_BIRGER et al | Illinois Northern District Court | 08/07/2020 | 08/04/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05330 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/10/2020 | 05/27/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05377 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/11/2020 | 09/15/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05636 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/23/2020 | 07/27/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05670 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/24/2020 | 05/10/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05699 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/25/2020 | 03/03/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05707 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/25/2020 | 11/18/2021 |
| Emoji Company GmbH (pla) | 1:2020cv05741 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 09/28/2020 | 08/25/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06103 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/14/2020 | 09/27/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06275 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/22/2020 | 08/03/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06303 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/23/2020 | 03/31/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06328 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/26/2020 | 03/29/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06420 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/29/2020 | 07/21/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06575 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 11/05/2020 | 08/24/2021 |
| Emoji Company GmbH (pla) | 1:2020cv06876 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 11/20/2020 | 04/30/2021 |
| Emoji Company GmbH (pla) | 1:2020cv07114 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 12/02/2020 | 10/20/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01012 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 02/23/2021 | 06/17/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01055 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 02/24/2021 | 03/03/2022 |
| Emoji Company GmbH (pla) | 1:2021cv01200 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/03/2021 | 08/26/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01348 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/11/2021 | 09/03/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01458 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/17/2021 | 03/19/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01461 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/17/2021 | 09/08/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01603 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/24/2021 | 09/28/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01604 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/24/2021 | 08/27/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01627 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/25/2021 | 04/06/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01628 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/25/2021 | 09/23/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01653 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/26/2021 | 09/20/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01737 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/31/2021 | 12/02/2021 |
| Emoji Company GmbH (pla) | 1:2021cv01739 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 03/31/2021 | 05/05/2022 |
| Emoji Company GmbH (pla) | 1:2021cv02029 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 04/15/2021 | 01/25/2022 |
| Emoji Company GmbH (pla) | 1:2021cv02031 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 04/15/2021 | 09/22/2021 |
| Emoji Company GmbH (pla) | 1:2021cv02279 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 04/28/2021 | 10/06/2021 |
| Emoji Company GmbH (pla) | 1:2021cv02669 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 05/18/2021 | 03/10/2022 |
| Emoji Company GmbH (pla) | 1:2021cv02670 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 05/18/2021 | 04/15/2022 |
| Emoji Company GmbH (pla) | 1:2021cv02802 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 05/25/2021 | 07/14/2021 |
| Emoji Company GmbH (pla) | 1:2021cv02803 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 05/25/2021 | 03/16/2022 |
| Emoji Company GmbH (pla) | 1:2021cv02941 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 06/02/2021 | 03/03/2022 |
| Emoji Company GmbH (pla) | 1:2021cv02942 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 06/02/2021 | 11/08/2021 |
| Emoji Company GmbH (pla) | 1:2021cv02969 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 06/03/2021 | 11/09/2021 |
| Emoji Company GmbH (pla) | 1:2020cv04678 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 08/10/2020 | |
| Emoji Company GmbH (pla) | 1:2021cv05318 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/07/2021 | 06/10/2022 |
| Emoji Company GmbH (pla) | 1:2021cv05319 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/07/2021 | |
| Emoji Company GmbH (pla) | 1:2021cv05453 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | Illinois Northern District Court | 10/14/2021 | |

(1 of 2) ⏮ ◀ **1** 2 ▶ ⏭ 1 ▾

| PACER Service Center | | 06/13/2022 12:00:56 | | Icon Legend | |
|---|---|---|---|---|---|
| User | Peter_J_Curtin_Chicago | | | ⭐ | Save search to Saved Searches |
| Client Code | | | | 🔖 | Sort search results |
| Description | Civil Party Search All Courts: Name:Emoji; Jurisdiction CV; Role pla; All Courts; Page: 1 | | | 📋 | Choose columns to display |
| | | | | 🔄 | Refine the current search |
| Billable Pages | 1 ($0.10) | | Print Receipt | 💾 | Download search results |
| | | | | ⭐ | Save case to Saved Cases |
| | | | | ⭐ | Remove case from Saved Cases |
| | | | | A | Reduce font size |
| | | | | A | Enlarge font size |

PACER FAQ                       Privacy & Security                        Contact Us

PACER Service Center
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.