





Roll over image to zoom in

# Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration

Visit the Winlyn Store

★★★★☆  9 ratings

$15⁹⁹

& FREE Returns

☑ Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

| Theme | Love |
|---|---|
| Brand | Winlyn |
| Room Type | Classroom, Playroom |
| Material | EVA |
| Pattern | Hearts, Tree |
| Shape | Heart |
| Installation Type | Self-Adhesive |

## About this item

- **Quantity:** Valentine's Day Stickers Embellishments Craft Supplies, including 321 pcs 4 Colors Assorted Smiley Face Heart and Emoji Foam Stickers Self-Adhesive Foam Heart Emoji Shaped Stickers, Heart Foam Stickers have 252 pcs, and Emoji Foam Stickers have 69 pcs. Enough quantity for Valentine's Day crafts in the classroom.
- **Color:** Self-Adhesive Heart Shaped Foam Stickers feature in bright hues of red, pink and purple with assorted lovely smiley faces designs. Emoji Foam Stickers are in yellow with an assortment of faces including wink, smirk, heart eyes, kissing heart, money face, smiley face, shocked face and more. They will be the perfect addition to DIY supplies for kids.
- **Size:** Foam Heart Stickers and Foam Emoji Stickers are appr. 1.5"-2" in diameter, 0.1" (3mm) in thickness. Ideal size for little hands to work with independently.
- **Material:** Self-Adhesive Foam Stickers are made of EVA foam with an adhesive back which is easy to peel off, kids can enjoy crafting with no messy glue needed. All stickers are pre-cut for easy use.
- Bring bright sweetness to your Valentine's Day crafts, perfect for personalizing Valentine tree, Valentine's Day cards, Valentine party favors, Valentine mailboxes, invitations, scrapbooks, journals, DIY banners, bunting, picture frames, gift tags, table scatters, posters, cake toppers, gift wrap, classroom crafts and more. Ideal for Valentine's Day, wedding, birthday, and more.

💬 Report incorrect product information.

### Similar item to consider

**DmHirmg Valentines Day Stickers,Valentine's Heart Roll Stickers Labels for Valentines Day Decoration, Party Favors Gifts Decorations Supplies,Wedding Party Accessories 500pcs**

$9.99 

★★★★☆ (141)

**Inspire a love of reading with Amazon Book Box for Kids**

Discover delightful children's books with Amazon Book Box, a subscription that delivers new books every 1, 2, or 3 months — new Amazon Book Box Prime customers receive 15% off your first box. Learn more.

## Buy it with

$15⁹⁹

& FREE Returns

**FREE delivery**

📍 Deliver to ▓▓▓ - Naperville 60564

**In Stock.**

Qty: 30

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  Amazon
Sold by  Winlyn

**Return policy:** Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add your 30-day FREE trial of **Prime** and get **fast, FREE delivery**

☐ Add a gift receipt for easy returns

[ Add to List ]

[ Add to Registry & Gifting ▼ ]

Share ✉ f 🐦 📌

Case 1:22-cv-02378-Document #: 59-4 Filed: 06/13/22 Page 2 of 10 PageID #:2698



Total price: $45.97

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts … $15.99  Get it as soon as **Monday, Apr 11** FREE Shipping on orders over $25 shipped by A

☑ URATOT 500 Pieces Foam Assorted Styles Self-Adhesive Stickers Foam Adhesive Decals Valentine's Day DIY Craft Sti… $12.99 ($0.03/Count) Get it as soon as **Monday, Apr 11** FREE Shipping on orders over $2

☑ Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Cupcake Owl Bee Sweet Shaped Cutouts F… $16.99 Get it as soon as **Monday, Apr 11** FREE Shipping on orders over $25 shipped by A

## Products related to this item
Page 1 of 35

Sponsored ⓘ

     

| 400 Pcs Assorted Foam Glitter Stickers Self Adhesive Foam Die Cut Alphabet Letters … | Baker Ross AT550 Heart Foam Stickers - Pack of 120, Self Adhesives, Perfect for Chi… | 6000 Pieces Love Heart Stickers Glitter Colorful Heart Stickers for Kids Craft Scra… | Emoji Stickers for Kids Emotion Sticker for Teacher Classroom Rewards 200Pcs | SHANPIN Kids Envelope Seal Sticker Colorful Heart Shaped Stickers Heart Labels Moth… | Stickers for Kids 1900+, 80 Different Sheets, 3D Puffy Stickers, Bulk Kids Stickers… |
|---|---|---|---|---|---|
| ★★★★☆ 60 | ★★★★☆ 19 | ★★★★☆ 36 | ★★★★☆ 4 | ★★★★★ 1 | ★★★★☆ 665 |
| $11.99 ✓prime | $6.95 ✓prime | $7.99 ✓prime | $9.99 ✓prime | $7.99 ✓prime | $10.99 ✓prime |

## 4 stars and above
Page 1 of 100

Sponsored ⓘ

     

| Stickers for Kids 1900+, 80 Different Sheets, 3D Puffy Stickers, Bulk Kids Stickers… | Baker Ross AR975 Love Unicorn Foam Stickers - Pack of 120, Embellishments for… | Ruisita 500 Pieces Foam Hearts Stickers Valentine's Day Conversation Hearts… | Variety Pack of 100 Stickers by Nova | 36 Pieces Easter Make A Face Sticker Sheets with Easter Eggs Themed Make Your Own M… | Baker Ross - EF862 Woodland Friends, Puffy Scrapbook Stickers in Fun Foam Shapes (P… |
|---|---|---|---|---|---|
| ★★★★☆ 665 | ★★★★☆ 120 | ★★★★☆ 72 | ★★★★☆ 152 | ★★★★☆ 126 | ★★★★☆ 454 |
| $10.99 ✓prime | $6.95 ✓prime | $11.99 ✓prime | $5.75 | $9.99 ✓prime | $8.59 ✓prime |

**Enter your child's birthdate for age-based recommendations and more**



**Birthdate**



Submit

This is not relevant to me

## Special offers and product promotions

- **Create your FREE Amazon Business account** to save up to 10% with **Business-only prices** and free shipping. **Register today**

- **Your cost could be $0.00 instead of $15.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. **Apply now**

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





### 321 Pcs Assorted Smiley Face Heart and Emoji Foam Stickers Foam Heart Emoji Shaped Stickers for Kids



**Quantity:**

Embellishments Craft Supplies, including 321 pcs 4 Colors Assorted Smiley Face Heart and Emoji Foam Stickers Self-Adhesive Foam Heart Emoji Shaped Stickers, Heart Foam Stickers have 252 pcs, and Emoji Foam Stickers have 69 pcs. Enough quantity for Valentines Day crafts in the classroom.

**A Great Addition to** Valentines Day **Craft Supplies:**

Featuring cute designs and soft material, this assortment of Valentine stickers is a great addition to Valentines Day craft supplies. Kids can easily use them to personalize Valentine tree, Valentines Day cards, Valentine party favors, Valentine mailboxes, invitations, scrapbooks, journals, DIY banners, bunting, picture frames, fliers, posters, envelopes, cork board, name tags, gift tags, gift wrap, table scatters, cake toppers, classroom crafts and so much more.

**Fun for Any Occasion:**

With bright hues and assorted lovely smiley face designs, you can use these self-adhesive foam hearts and emojis for kids' Valentine party, Mother's Day, wedding, birthday party, bridal shower, classroom activity, camp, playroom, scout group activity, rainy day activity, and more. These colorful foam stickers will work on all kinds of projects.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | DIY Foam Heart Animals Craft Kit | DIY Foam Heart Animals Craft Kit | DIY Foam Heart Ornaments Craft Kit | DIY Foam Bookmarks Craft Kit | DIY Foam Valentines Mother's Day Wreaths Craft Kit | DIY Foam Bookmarks Craft Kit |
| Quantity | 17 Sets | 18 Sets | 24 sets | 36 sets | 12 sets | 24 sets |
| Material | Foam | Foam | Foam | Foam | Foam | Foam |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | DIY Foam Monster Ornaments Craft Kit | DIY Foam Owl Ornaments Craft Kit | DIY Monster Wooden Ornaments Craft Kit | DIY Wooden Heart Animals Craft Kit | DIY Wooden Heart Animals Craft Kit | Heart Shaped Bulb Ornament |
| Quantity | 24 Sets | 24 Sets | 36 Sets | 17 Sets | 18 Sets | 12 Sets |

Case 1:22-cv-02378-Document #: 59-4 Filed: 06/13/22 Page 4 of 10 PageID #:2600

| Material | Foam | Foam | Wood | Wood | Wood | Plastic |
|---|---|---|---|---|---|---|

     

| | DIY Assorted Wooden Heart Ornament Craft Kit | DIY Heart Suncatchers Ornaments Decoration Craft Kit | DIY Heart Suncatchers Ornaments Decoration Craft Kit | Blank Hearts Cutouts Cards with Envelopes | DIY Owl Heart Card Holder Boxes Craft Kit | DIY Valentine Tree of Hearts Craft Kit |
|---|---|---|---|---|---|---|
| Quantity | 36 Sets | 27 sets | 24 sets | 50 SETS | 12 sets | 1 sets |
| Material | Wood | Plastic | Plastic | Cardstock, Paper | Cardstock, Foam | Foam |

     

| | DIY Heart Picture Photo Foam Frames Craft Kit | Assorted Valentine's Day Stickers Embellishments | Asssorted Heart Dessert Prints Stickers | Assorted Smiley Face Heart and Emoji Foam Stickers | Assorted Smile Face Heart Foam Stickers | Valentine's Day Foam Heart Stickers |
|---|---|---|---|---|---|---|
| Quantity | 12 Sets | 409 Pcs | 455 Pcs | 321 Pcs | 477 Pcs | 520 Pcs |
| Material | Foam | Foam | Foam | Foam | Foam | Foam |

     

| | Magic Color Scratch Paper Heart Ornaments Craft Kit | Magic Color Scratch Paper Valentine's Day Sweets Ornaments Craft Kit | Magic Scratch Art Rainbow Scratch Paper Ornaments | Valentine's Day Cards Scratch & Sniff Valentine Cards | Valentine's Day Cards Scratch & Sniff Valentine Cards | Valentine's Day Cards Scratch & Sniff Valentine Cards |
|---|---|---|---|---|---|---|
| Quantity | 27 sets | 27 sets | 27 sets | 30 sets | 48 sets | 48 sets |
| Material | Scratch Paper | Scratch Paper | Scratch Paper | Paper and Scratch & Sniff Cardstock | Paper and Scratch & Sniff Cardstock | Paper and Scratch & Sniff Cardstock |

## Product information

| Package Dimensions | 10.43 x 10.2 x 2.32 inches |
|---|---|
| Item Weight | 3.84 ounces |
| ASIN | B08SWF47JG |
| Best Sellers Rank | #294,554 in Toys & Games (See Top 100 in Toys & Games) #7,597 in Kids' Stickers |
| Customer Reviews | ★★★★☆ 9 ratings 4.2 out of 5 stars |
| Manufacturer | Winlyn |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Help others learn more about this product by uploading a video!

4/6/22, 11:18 PM   Amazon.com: Winlyn 32 Pcs Assorted Valentine's Day Stickers Embellishments Craft Stickers Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrap…

Case 1:22-cv-02378-Document #: 59-4 Filed: 06/13/22 Page 5 of 10 PageID #:2801

Upload video

**Products related to this item**   Page 1 of 20

Sponsored

     

| 400 Pcs Assorted Foam Glitter Stickers Self Adhesive Foam Die Cut Alphabet Letters … | 100 Pcs Cute Unicorn Stickers Cartoon Unicorn Stickers for Girls, Waterproof Vinyl … | 36 Pieces Easter Make A Face Animal Stickers with Easter Egg Themed Mix and Match M… | Stickers for Kids 1900+, 80 Different Sheets, 3D Puffy Stickers, Bulk Kids Stickers… | 36 Pieces Easter Make A Face Sticker Sheets with Easter Eggs Themed Make Your Own M… | Joottuan 416 Pieces Valentine's Day Foam Heart Craft Kit Includes 16 Pieces Large F… |

60    124   665   126   46
$11.99 prime   $7.99 prime   $13.99 prime   $10.99 prime   $9.99 prime   $22.98 prime

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

★★★★☆ 4.2 out of 5

9 global ratings

| 5 star | 61% |
| 4 star | 24% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 14% |

**No customer reviews**

There are 0 customer reviews and 9 customer ratings.

▸ How are ratings calculated?

### Review this product
Share your thoughts with other customers

Write a customer review

---

**Deals on related products**   Page 1 of 2

     

Sponsored

| Giggles & Pebbles Educational Magic Sticker Pad Book for Kids,Toddlers, Boys… | Creative Kids Baby Shark Decorate Your Own Water Bottle BPA Free Toddler Water Bott… | My First Picture Mosaics by Creative Kids – 9 DIY Create Your Own Mosaics 1500+ Sti… | Girls Gifts Decorate Your Own Water Bottle with 14 Sheets of Unicorn Stickers & Gli… | Baker Ross AT556 Heart Felt Stickers - Pack of 100, Self-adhesives, Perfect for Chi… | Fairy Jar Lantern Nightlight Arts and Craft Kit - Craft Project for Kids - Gift for… |

1,032   277   77   260   79   1,530
Limited time deal   Limited time deal   Limited time deal   Limited time deal   Limited time deal   Limited time deal
$9.95   $15.29   $9.34   $11.89   $8.92   $13.99
List: $12.95 (23% off)   List: $17.99 (15% off)   List: $19.99 (53% off)   List: $13.99 (15% off)   List: $10.00 (11% off)   List: $19.99 (30% off)

---

**Deals in magazine subscriptions**   Page 1 of 8

4/6/22, 11:18 PM   Amazon.com: Winlyn 32 pcs Assorted Valentines Day Stickers Embellishments Craft Emoji Face Heart Shape Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrap…

Case 1:22-cv-02378 Document #: 59-4 Filed: 06/13/22 Page 6 of 10 PageID #:2102








**Better Homes & Gardens**
★★★★☆ 12,795
Print Magazine
Limited time deal
$5.75
($0.48/issue) $47.88 (88% off)
Ends in 24 days

**National Geographic History**
★★★★☆ 97
Print Magazine
$9.00 ($3.00/issue)

**Better Homes and Gardens**
★★★★☆ 674
Print Magazine
$5.00 ($0.83/issue)

**National Geographic Kids**
★★★★☆ 285
Print Magazine
$10.00 ($2.00/issue)

**HGTV Magazine**
★★★★☆ 308
Print Magazine
$7.50 ($1.88/issue)

**National Geographic Kids**
★★★★☆ 16,143
Print Magazine
$10.00 ($2.00/issue)

## Inspired by your browsing history
Page 1 of 8








**81 Piece Emoji Birthday Party Supplies - Including Custom Plates, Cups, Napkins, and…**
★★★★☆ 539
Amazon's Choice in Kids' Party Plates
$24.99
Get it as soon as Monday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Emoji Cupcake Kit - 24 Emoji Cupcake Toppers and 24 Cupcake Wrappers - Emoji Party Supplies - Emoji Party…**
★★★★☆ 34
$9.99
Get it as soon as Monday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**ArtCreativity Emoji Party Favor Bags, Pack of 12, Emoticon Themed Goodie Gift Paper Bags, Durable Treat Bags,…**
★★★★★ 59
$10.97
Get it as soon as Monday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Creative Converting Show Your Emojions Plastic Photo Backdrop, 72 x 54-, Multicolor**
$6.59
Get it as soon as Monday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**144 2" Temporary Emoji Tattoos - 16 Assorted Emoticon Styles - Fun Gift, Party Favors, Party Toys, Goody Bag Favors**
★★★★☆ 400
$7.98 ($0.06/Count)
Get it as soon as Monday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Big Mo's Toys Emoji Liners Party Cupcake Holders - Emoji Birthday Party Favors, Emoji Cupcake Liners,…**
★★★★☆ 542
$7.99
Get it as soon as Monday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**121**

## Your Browsing History   View or edit your browsing history
Page 1 of 5













---

### Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help





| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |

| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
|---|---|---|---|---|---|---|
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |

| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads |
|---|---|---|---|---|---|---|





amazon Deliver to [redacted] Naperville 60564 | Winlyn | Emoji | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Amazon Basics | Coupons | Customer Service | Shopper Toolkit | Beauty & Personal Care | Pet Supplies | Pharmacy | Health & Household | Fashion | Home Improvement | Find a Gift

8 results for "Emoji"

Sort by: Featured

FILTERS

BRANDS

Winlyn
Supla

RESULTS

Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Sticker...
9
$15.99
Get it as soon as **Tomorrow, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Mixed Eucalyptus Leaves Stems Bulk Faux Seeded Eucalyptus Leaves Sprays Artificial Silver Dollar Eucalyptus Leaves Stems for Floral Wreath Garland...
210
$14.99 ~~$16.99~~
Get it as soon as **Tomorrow, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Winlyn 477 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Self-Adhesive in Red Pink...
27
$14.99
Get it as soon as **Fri, Apr 8**
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order soon.

30 Sets Valentine's Day Cards Pet Dog Cat Rabbit Greeting Cards Scratch & Sniff Valentine Cards with Envelopes Stickers for Kids Boy Girl Brithday...
91
$14.99
Get it as soon as **Tomorrow, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - order soon.

Supla 30 Sets Valentine's Day Cards Scratch Sniff Strawberry Scented Valentine Cards Donut Ice Cream Cupcake Sweet Cards with Stickers...
104
$14.99
Get it as soon as **Tomorrow, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - order soon.

27 Sets Magic Color Scratch Art Heart Ornaments Tree Decorations DIY Valentine Craft Kits Assorted Scratch Paper Heart Cutouts Pom-poms...
105
$14.99
Ages: 3 years and up
Get it as soon as **Tomorrow, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

756 Pack Valentine's Day Party Favors Supplies Valentine Craft Stampers Rubber Bracelets Heart Stickers Sticky Hands Tattoo Bulk Assortment for...
46
$19.99
Get it as soon as **Tomorrow, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order soon.

Supla 200 Pcs 20 Colors Gift Tags Sign with String Party Favor Paper Tags Escort Cards Wishing Tree Tags Name Place Cards Hanging Sign Tags Price...

## Choose your shipping options                                    [ Continue ]

---

**Shipment 1 of 1**

**Shipping from Amazon.com**   (Learn more)

Shipping to: ▮▮▮▮▮  28W700 PERKINS CT, NAPERVILLE, IL, 60564-9579 United States

- **Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration** - Winlyn
  **$15.99** - Quantity: 30
  Sold by: Winlyn

Change quantities or delete

**Choose a delivery option:**

> Good news ▮▮▮, we're giving you a 30-day FREE trial of Prime

○ FREE Prime Delivery with a free trial of 

○ **5-6 business days once shipped**
   **FREE Shipping**

● **3 business days once shipped**
   $10.09 - Shipping

○ **2 business days once shipped**
   $13.59 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.





amazon.com SIGN IN SHIPPING & PAYMENT GIFT OPTIONS PLACE ORDER

# Review your order

**Shipping address** Change
[redacted]
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States
Phone: [redacted]
Add delivery instructions
Ship to multiple addresses

**Payment method** Change
Debit ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code Apply

FREE TRIAL

**[redacted] we'd hate for you to miss out on a FREE 30-day trial of Prime**
Save $10.09 on eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime FREE for 30 days
No hassle. No commitments. Cancel anytime.

**Order now and we'll notify you by email when we have an estimated delivery date for this item.**

**Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration**
Winlyn
$15.99 & FREE Returns
Amazon Prime eligible Join now
**Quantity:** 30 Change
Sold by: Winlyn

Add a gift receipt
and see other gift options

**Choose a delivery option:**
- FREE Prime Delivery with your free trial of Prime — Fast, FREE Delivery prime
- 5-6 business days once shipped — FREE Shipping
- (selected) 3 business days once shipped — $10.09 - Shipping
- 2 business days once shipped — $13.59 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (30): | $479.70 |
| Shipping & handling: | $10.09 |
| Total before tax: | $489.79 |
| Estimated tax to be collected: | $37.20 |
| **Order total:** | **$526.99** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.

## Details for Order #112-1597539-1741053
*Print this page for your records.*

**Order Placed:** April 6, 2022
**Amazon.com order number:** 112-1597539-1741053
**Order Total:** $84.41

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration*<br>Sold by: Winlyn (seller profile)<br><br>Condition: New | $15.99 |

**Shipping Address:**
▇▇▇▇▇▇
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
Debit Card | Last digits: ▇▇▇▇

**Billing address**
▇▇▇▇▇▇
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States

Item(s) Subtotal: $70.84
Shipping & Handling: $8.07
-----
Total before tax: $78.91
Estimated tax to be collected: $5.50
-----
**Grand Total: $84.41**

To view the status of your order, return to **Order Summary**.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates