# **EXHIBIT 1**

TESS was last updated on Mon Jun 13 03:32:22 EDT 2022

Please logout when you are done to release system resources allocated for you.

List At: ___ OR Jump to record: ___ **Record 4 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | WINLYN |
| **Translations** | The wording "Winlyn" has no meaning in a foreign language. |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: Artificial flower arrangements; Artificial flower wreaths; Artificial flowers; Artificial fruit; Artificial garlands; Artificial plants, other than Christmas trees; Artificial topiaries; Artificial trees, other than Christmas trees; Artificial wreaths; Outdoor artificial foliage; Permanent botanicals in the nature of artificial flowers and plants, other than Christmas trees. FIRST USE: 20170414. FIRST USE IN COMMERCE: 20170414 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88096758 |
| **Filing Date** | August 29, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 29, 2019 |
| **Registration Number** | 5726831 |
| **Registration Date** | April 16, 2019 |
| **Owner** | (REGISTRANT) shan tou shi zhuo xiang mao yi you xian gong si limited company (ltd.) CHINA wan shi nan lai jie 1 xiang 1 hao long hu qu ou ting jie dao shan tou shi CHINA 515000 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Case: 1:22-cv-02378 Document #: 59-6 Filed: 06/13/22 Page 3 of 4 PageID #:2115

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 13 03:32:22 EDT 2022

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At:          OR  Jump  to record:           Record 3 out of 5

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# WINLYN

| | |
|---|---|
| **Word Mark** | WINLYN |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Bookmarkers; Envelopes; Stickers; Chalkboard label stickers; Drawing boards; Greetings cards and postcards; Magnetic boards; Packing paper; Paper party decorations; Poster board. FIRST USE: 20200428. FIRST USE IN COMMERCE: 20200428 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90423342 |
| **Filing Date** | December 29, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 3, 2021 |
| **Registration Number** | 6527699 |
| **Registration Date** | October 19, 2021 |
| **Owner** | (REGISTRANT) shan tou shi zhuo xiang mao yi you xian gong si limited company (ltd.) CHINA wan shi nan lai jie 1 xiang 1 hao long hu qu ou ting jie dao shan tou CHINA 515000 |
| **Attorney of Record** | He Li |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Jun 13 03:32:22 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ]  Record 2 out of 5

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | WINLYN |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Coils, electric; Electric plugs; Fuse wire; Resistances, electric; Electrical fuses. FIRST USE: 20200914. FIRST USE IN COMMERCE: 20200914 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 90680728 |
| Filing Date | April 29, 2021 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 14, 2021 |
| Registration Number | 6576744 |
| Registration Date | November 30, 2021 |
| Owner | (REGISTRANT) shan tou shi zhuo xiang mao yi you xian gong si limited company (ltd.) CHINA wan shi nan lai jie 1 xiang 1 hao long hu qu ou ting jie dao SHANTOU CHINA 515000 |
| Attorney of Record | Kevin O'Keefe |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY