# **EXHIBIT 2**




第 52821907 号

# 商 标 注 册 证

## WINLYN

**核定使用商品/服务项目（国际分类：26）**

第26类：针；编织针；人造花；人造水果；人造花环；人造花制花环；除圣诞树以外的人造植物；针线套装；小饰物（非首饰、非钥匙圈、非钥匙链用）；人造花制圣诞花环（截止）

注 册 人　汕头市卓翔贸易有限公司

注册人地址　广东省汕头市龙湖区鸥汀街道万石南来街一巷1号之一

注册日期　2021年09月07日　有效期至　2031年09月06日

局　长　　　　　　　　　　发证机关

