# EXHIBIT 3

# — Bundesrepublik Deutschland —

# Urkunde

Uber die Eintragung der
Marke Nr. 30 2019 210 799

Az: 30 2019 210 799.7 / 26

Winlyn

Inhaber/Inhaberin
Shan Tou Shi Zhuo Xiang Mao Yi You Xian Gong Si, Shan tou shi, CN

Tag der Anmeldung:
27.03.2019

Tag der Eintragung:
12.07.2019

Die Präsidentin des Deutschen Patent- und Markenamtes

Rudloff-Schaffer

München, 12.07.2019



Den aktuellen Rechtsstand und Schutzumfang nach dem Verzeichnis der Waren und Dienstleistungen
entnehmen Sie bitte dem DPMAregister unter www.dpma.de.

**Registerauszug, Stand: 12.07.2019**

| [111] Registernummer: 30 2019 210 799 | [220] Anmeldetag: 27.03.2019 | (511) Leitklasse: 26 |

- **12101 Aktenzeichen:** 30 2019 210 799.7 / 26
- **14421 Tag der Bekanntmachung:** ·
- **11511 Tag der Eintragung:** 12.07.2019
- **14501 Tag der Veröffentlichung der Eintragung:** 16.08.2019
- **15401 Marke:** Winlyn
- **15501 Markenform:** Wortmarke
- **15911 Farbige Eintragung mit folgenden Farben:** ·
- **15211 Durchgesetzte Marke:** ·
- **15211 Durchgesetzter Markenbestandteil:** ·
- **1--1 Internationale Registrierungen:** ·
- **13901 Teile.Quelle-Marke:** ·
- **15211 Verlängert mit Wirkung vom:** ·
- **[7321] Name und (Wohn-)Sitz des gegenwärtigen Inhabers der Marke:**

  Shan Tou Shi Zhuo Xiang Mao Yi You Xian Gong Si, Shan tou shi, CN

- **(7501 Zustellanschrift:**

  Dennemeyer & Associates S.A.
  Vogelweidstr. 8
  60596 Frankfurt

- **[7401 Name und Sitz des gegenwärtigen Vertreters:**

  Dennemeyer & Associates S.A., 60596 Frankfurt

- **15101 Verzeichnis der Waren und Dienstleistungen:**

  Klasse 09: Drähte für elektrische Sicherungen

  Klasse 16: Anzeigekarten [Papeterlewaren]; Etiketten aus Papier oder Pappe; Hüllen [Papier- und Schreibwaren]; Papierblätter [Papeterlewaren]; Blöcke [Papier- und Schreibwaren]

  Klasse 26: Künstliche Pflanzen, ausgenommen Weihnachtsbäume; Nadeln; Kränze aus künstlichen Blumen; Künstliche Weihnachtsgirlanden mit integrierter Beleuchtung; Künstliche Blumen; Stopfnadeln; Stricknadeln; Künstliche Weihnachtskränze mit integrierter Beleuchtung; Anhänger, ausgenommen für Schmuck, Schlüsselringe oder Schlüsselanhänger; Künstliche Früchte; Häkelnadeln; Gefüllte Nähnecessaires; Künstliche Girlanden; Künstliche Weihnachtskränze; Künstliche Weihnachtsgirlanden

- **15111 Klassen:** 09, 16, 26
- **13001 Unionspriorität(en):** -
- **12301 Ausstellungspriorität(en):** ·
- **13501 Seniorität nach Art. 34 GemV für folgende Unionsmarken:** -
- **1·-1 Widerspruchsverfahren:** Gegen die Eintragung der Marke ist bisher kein Widerspruch erhoben worden.
- **1---1 Dingliche Rechte, Insolvenzverfahren, Konkursverfahren, Zwangsvollstreckung:** ·
- **l··1 Teilungen:** .
- **1-1 Teilweise Rechtsübergänge:** -
- **1-1 Löschungen:** ·

- **1--1 Status der Akte:** Marke eingetragen, Widerspruchsfrist läuft; zuletzt geändert am: 12.07.2019





# BESCHEINIGUNG

Ober die in das Register eingetragenen Angaben

Die Marke mit der Registernummer 30 2019 210 799 ist mit den folgenden Angaben in das Register des Deutschen Patent- und Markenamts eingetragen.

Die Schutzdauer der Marke beginnt mit dem Anmeldetag und endet am 27.03.2029. Eine Verlangerung um jeweils zehn Jahre ist gemaB § 47 Markengesetz moglich.



X3702
08.04.2016

Registerauszug, Stand: 12.07.2019   Aktenzeichen: 30 2019 210 799.7   Seite 3 von 3