4/6/22, 11:18 PM Amazon.com: Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrap…

amazon
Deliver to Naperville 60564
Toys & Games
Hello, Account & Lists
Returns & Orders
0
All Amazon Basics Coupons Customer Service Shopper Toolkit Beauty & Personal Care Pet Supplies Pharmacy Health & Household Fashion Shop Easter treats in store
Toys & Games Holiday Toy List Shop Toys by Age Shop Toys by Character Shop Best Selling Toys Shop Newly Released Toys Shop Amazon Exclusive Toys Shop Toys Deals Create a Birthday Gift List
amazon pharmacy The pharmacy that really delivers Learn more

Toys & Games › Arts & Crafts › Stickers

# Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration

Visit the Winlyn Store
9 ratings

$15.99

& FREE Returns

Use **Amazon Currency Converter** at checkout to pay for this item in your local currency. Terms & Conditions apply. Learn More

| | |
|---|---|
| **Theme** | Love |
| **Brand** | Winlyn |
| **Room Type** | Classroom, Playroom |
| **Material** | EVA |
| **Pattern** | Hearts, Tree |
| **Shape** | Heart |
| **Installation Type** | Self-Adhesive |

Roll over image to zoom in

$15.99
& FREE Returns
FREE delivery
Deliver to - Naperville 60564
In Stock.
Qty: 30
Add to Cart
Buy Now
Secure transaction
Ships from Amazon
Sold by Winlyn
Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt
Add your 30-day FREE trial of Prime and get fast, FREE delivery
Add a gift receipt for easy returns
Add to List
Add to Registry & Gifting

Share

## About this item

- Quantity: Valentine's Day Stickers Embellishments Craft Supplies, including 321 pcs 4 Colors Assorted Smiley Face Heart and Emoji Foam Stickers Self-Adhesive Foam Heart Emoji Shaped Stickers, Heart Foam Stickers have 252 pcs, and Emoji Foam Stickers have 69 pcs. Enough quantity for Valentine's Day crafts in the classroom.
- Color: Self-Adhesive Heart Shaped Foam Stickers feature in bright hues of red, pink and purple with assorted lovely smiley faces designs. Emoji Foam Stickers are in yellow with an assortment of faces including wink, smirk, heart eyes, kissing heart, money face, smiley face, shocked face and more. They will be the perfect addition to DIY supplies for kids.
- Size: Foam Heart Stickers and Foam Emoji Stickers are appr. 1.5"-2" in diameter, 0.1" (3mm) in thickness. Ideal size for little hands to work with independently.
- Material: Self-Adhesive Foam Stickers are made of EVA foam with an adhesive back which is easy to peel off, kids can enjoy crafting with no messy glue needed. All stickers are pre-cut for easy use.
- Bring bright sweetness to your Valentine's Day crafts, perfect for personalizing Valentine tree, Valentine's Day cards, Valentine party favors, Valentine mailboxes, invitations, scrapbooks, journals, DIY banners, bunting, picture frames, gift tags, table scatters, posters, cake toppers, gift wrap, classroom crafts and more. Ideal for Valentine's Day, wedding, birthday, and more.

Report incorrect product information.

## Similar item to consider

DmHirmg Valentines Day Stickers,Valentine's Heart Roll Stickers Labels for Valentines Day Decoration, Party Favors Gifts Decorations Supplies,Wedding Party Accessories 500pcs
$9.99 prime
(141)

Inspire a love of reading with Amazon Book Box for Kids
Discover delightful children's books with Amazon Book Box, a subscription that delivers new books every 1, 2, or 3 months — new Amazon Book Box Prime customers receive 15% off your first box. Learn more.

## Buy it with

https://www.amazon.com/Valentines-Embellishments-Self-Adhesive-Scrapbooking-Decoration/dp/B08SWF47JG/ref=sr_1_1 1/7

4/6/22, 11:18 PM Amazon.com: Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrap…

Total price: $45.97

Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts… $15.99 Get it as soon as **Monday, Apr 11** FREE Shipping on orders over $25 shipped by A
- URATOT 500 Pieces Foam Assorted Styles Self-Adhesive Stickers Foam Adhesive Decals Valentine's Day DIY Craft Sti… $12.99 ($0.03/Count) Get it as soon as **Monday, Apr 11** FREE Shipping on orders over $2
- Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Cupcake Owl Bee Sweet Shaped Cutouts F… $16.99 Get it as soon as **Monday, Apr 11** FREE Shipping on orders over $25 shipped by A

## Products related to this item

Page 1 of 35

Sponsored

400 Pcs Assorted Foam Glitter Stickers Self Adhesive Foam Die Cut Alphabet Letters ...
60
$11.99 prime

Baker Ross AT550 Heart Foam Stickers - Pack of 120, Self Adhesives, Perfect for Chi...
19
$6.95 prime

6000 Pieces Love Heart Stickers Glitter Colorful Heart Stickers for Kids Craft Scra...
36
$7.99 prime

Emoji Stickers for Kids Emotion Sticker for Teacher Classroom Rewards 200Pcs
4
$9.99 prime

SHANPIN Kids Envelope Seal Sticker Colorful Heart Shaped Stickers Heart Labels Moth...
1
$7.99 prime

80 Pack
1900+
3D
PUFFY
STICKERS

Stickers for Kids 1900+, 80 Different Sheets, 3D Puffy Stickers, Bulk Kids Stickers...
665
$10.99 prime

## 4 stars and above

Page 1 of 100

Sponsored

80 Pack
1900+
3D
PUFFY
STICKERS

Stickers for Kids 1900+, 80 Different Sheets, 3D Puffy Stickers, Bulk Kids Stickers...
665
$10.99 prime

Baker Ross AR975 Love Unicorn Foam Stickers - Pack of 120, Embellishments for...
120
$6.95 prime

Ruisita 500 Pieces Foam Hearts Stickers Valentine's Day Conversation Hearts...
72
$11.99 prime

Variety Pack of 100 Stickers by Nova
152
$5.75

36PCS

36 Pieces Easter Make A Face Sticker Sheets with Easter Eggs Themed Make Your Own M...
126
$9.99 prime

Baker Ross - EF862 Woodland Friends, Puffy Scrapbook Stickers in Fun Foam Shapes (P...
454
$8.59 prime

**Enter your child's birthdate for age-based recommendations and more**

**Birthdate**

mm/dd/yyyy

Submit

This is not relevant to me

## Special offers and product promotions

- **Create your FREE Amazon Business account** to save up to 10% with **Business-only prices** and free shipping. **Register today**
- **Your cost could be $0.00 instead of $15.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

Winlyn
HAPPY VALENTINE'S DAY
A Lovely Addition to Kids' Craft Supplies.
These love decorative stickers are lovely addition to kids' craft

https://www.amazon.com/Valentines-Embellishments-Self-Adhesive-Scrapbooking-Decoration/dp/B08SWF47JG/ref=sr_1_1 2/7





### 321 Pcs Assorted Smiley Face Heart and Emoji Foam Stickers Foam Heart Emoji Shaped Stickers for Kids

**Quantity:**

Embellishments Craft Supplies, including 321 pcs 4 Colors Assorted Smiley Face Heart and Emoji Foam Stickers Self-Adhesive Foam Heart Emoji Shaped Stickers, Heart Foam Stickers have 252 pcs, and Emoji Foam Stickers have 69 pcs. Enough quantity for Valentines Day crafts in the classroom.

**A Great Addition to** Valentines Day **Craft Supplies:**

Featuring cute designs and soft material, this assortment of Valentine stickers is a great addition to Valentines Day craft supplies. Kids can easily use them to personalize Valentine tree, Valentines Day cards, Valentine party favors, Valentine mailboxes, invitations, scrapbooks, journals, DIY banners, bunting, picture frames, fliers, posters, envelopes, cork board, name tags, gift tags, gift wrap, table scatters, cake toppers, classroom crafts and so much more.

**Fun for Any Occasion:**

With bright hues and assorted lovely smiley face designs, you can use these self-adhesive foam hearts and emojis for kids' Valentine party, Mother's Day, wedding, birthday party, bridal shower, classroom activity, camp, playroom, scout group activity, rainy day activity, and more. These colorful foam stickers will work on all kinds of projects.

| |  DIY Foam Heart Animals Craft Kit |  DIY Foam Heart Animals Craft Kit |  DIY Foam Heart Ornaments Craft Kit |  DIY Foam Bookmarks Craft Kit |  DIY Foam Valentines Mother's Day Wreaths Craft Kit |  DIY Foam Bookmarks Craft Kit |
|---|---|---|---|---|---|---|
| Quantity | 17 Sets | 18 Sets | 24 sets | 36 sets | 12 sets | 24 sets |
| Material | Foam | Foam | Foam | Foam | Foam | Foam |

| |  DIY Foam Monster Ornaments Craft Kit |  DIY Foam Owl Ornaments Craft Kit |  DIY Monster Wooden Ornaments Craft Kit |  DIY Wooden Heart Animals Craft Kit |  DIY Wooden Heart Animals Craft Kit |  Heart Shaped Bulb Ornament |
|---|---|---|---|---|---|---|
| Quantity | 24 Sets | 24 Sets | 36 Sets | 17 Sets | 18 Sets | 12 Sets |

4/6/22, 11:18 PM Amazon.com: Winlyn 32 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shape Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrap…

| Material | Foam | Foam | Wood | Wood | Wood | Plastic |
|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |
| |  DIY Assorted Wooden Heart Ornament Craft Kit | DIY Heart Suncatchers Ornaments Decoration Craft Kit | DIY Heart Suncatchers Ornaments Decoration Craft Kit | Blank Hearts Cutouts Cards with Envelopes | DIY Owl Heart Card Holder Boxes Craft Kit | DIY Valentine Tree of Hearts Craft Kit |
| Quantity | 36 Sets | 27 sets | 24 sets | 50 SETS | 12 sets | 1 sets |
| Material | Wood | Plastic | Plastic | Cardstock, Paper | Cardstock, Foam | Foam |
| |  |  |  |  |  |  |
| | DIY Heart Picture Photo Foam Frames Craft Kit | Assorted Valentine's Day Stickers Embellishments | Asssorted Heart Dessert Prints Stickers | Assorted Smiley Face Heart and Emoji Foam Stickers | Assorted Smile Face Heart Foam Stickers | Valentine's Day Foam Heart Stickers |
| Quantity | 12 Sets | 409 Pcs | 455 Pcs | 321 Pcs | 477 Pcs | 520 Pcs |
| Material | Foam | Foam | Foam | Foam | Foam | Foam |
| |  |  |  |  |  |  |
| | Magic Color Scratch Paper Heart Ornaments Craft Kit | Magic Color Scratch Paper Valentine's Day Sweets Ornaments Craft Kit | Magic Scratch Art Rainbow Scratch Paper Ornaments | Valentine's Day Cards Scratch & Sniff Valentine Cards | Valentine's Day Cards Scratch & Sniff Valentine Cards | Valentine's Day Cards Scratch & Sniff Valentine Cards |
| Quantity | 27 sets | 27 sets | 27 sets | 30 sets | 48 sets | 48 sets |
| Material | Scratch Paper | Scratch Paper | Scratch Paper | Paper and Scratch & Sniff Cardstock | Paper and Scratch & Sniff Cardstock | Paper and Scratch & Sniff Cardstock |

## Product information

| | |
|---|---|
| Package Dimensions | 10.43 x 10.2 x 2.32 inches |
| Item Weight | 3.84 ounces |
| ASIN | B08SWF47JG |
| Best Sellers Rank | #294,554 in Toys & Games (See Top 100 in Toys & Games)<br>#7,597 in Kids' Stickers |
| Customer Reviews | 9 ratings<br>4.2 out of 5 stars |
| Manufacturer | Winlyn |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

https://www.amazon.com/Valentines-Embellishments-Self-Adhesive-Scrapbooking-Decoration/dp/B08SWF47JG/ref=sr_1_1 4/7

4/6/22, 11:18 PM   Amazon.com: Winlyn 32 pcs Assorted Valentine's Day Stickers Embellishments Craft Scroll Cut 2 Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrap…

Case 1:22-cv-02378-Document # 69-1 Filed 06/24/22 Page 5 of 10 PageID #:2166

Upload video

**Products related to this item**   Page 1 of 20
Sponsored

     

| 400 Pcs Assorted Foam Glitter Stickers Self Adhesive Foam Die Cut Alphabet Letters … | 100 Pcs Cute Unicorn Stickers Cartoon Unicorn Stickers for Girls, Waterproof Vinyl … | 36 Pieces Easter Make A Face Animal Stickers with Easter Egg Themed Mix and Match M… | Stickers for Kids 1900+, 80 Different Sheets, 3D Puffy Stickers, Bulk Kids Stickers… | 36 Pieces Easter Make A Face Sticker Sheets with Easter Eggs Themed Make Your Own M… | Joottuan 416 Pieces Valentine's Day Foam Heart Craft Kit Includes 16 Pieces Large F… |
| ★★★★☆ 60 | | ★★★★★ 124 | ★★★★★ 665 | ★★★★★ 126 | ★★★★★ 46 |
| $11.99 ✓prime | $7.99 ✓prime | $13.99 ✓prime | $10.99 ✓prime | $9.99 ✓prime | $22.98 ✓prime |

### Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

★★★★☆ 4.2 out of 5
9 global ratings

| 5 star | ▓▓▓▓▓▓ | 61% |
| 4 star | ▓▓▓ | 24% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▓▓ | 14% |

✓ How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 9 customer ratings.

#### Review this product
Share your thoughts with other customers

[ Write a customer review ]

**Deals on related products**   Page 1 of 2

     

Sponsored

| Giggles & Pebbles Educational Magic Sticker Pad Book for Kids,Toddlers, Boys… | Creative Kids Baby Shark Decorate Your Own Water Bottle BPA Free Toddler Water Bott… | My First Picture Mosaics by Creative Kids – 9 DIY Create Your Own Mosaics 1500+ Sti… | Girls Gifts Decorate Your Own Water Bottle with 14 Sheets of Unicorn Stickers & Gli… | Baker Ross AT556 Heart Felt Stickers - Pack of 100, Self-adhesives, Perfect for Chi… | Fairy Jar Lantern Nightlight Arts and Craft Kit - Craft Project for Kids - Gift for… |
| ★★★★☆ 1,032 | ★★★★☆ 277 | ★★★★☆ 77 | ★★★★☆ 260 | ★★★★☆ 79 | ★★★★☆ 1,530 |
| Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal |
| $9.95 | $15.29 | $9.34 | $11.89 | $8.92 | $13.99 |
| List: $12.95 (23% off) | List: $17.99 (15% off) | List: $19.99 (53% off) | List: $13.99 (15% off) | List: $10.00 (11% off) | List: $19.99 (30% off) |

### Deals in magazine subscriptions   Page 1 of 8

Better Homes & Gardens
★★★★☆ 12,795
Print Magazine
Limited time deal
$5.75
($0.48/issue) ~~$47.88~~ (88% off
Ends in 24 days

National Geographic History
★★★★☆ 97
Print Magazine
$9.00 ($3.00/issue)

Better Homes and Gardens
★★★★☆ 674
Print Magazine
$5.00 ($0.83/issue)

National Geographic Kids
★★★★☆ 285
Print Magazine
$10.00 ($2.00/issue)

HGTV Magazine
★★★★☆ 308
Print Magazine
$7.50 ($1.88/issue)

National Geographic Kids
★★★★☆ 16,143
Print Magazine
$10.00 ($2.00/issue)

## Inspired by your browsing history

Page 1 of 8

81 Piece Emoji Birthday Party Supplies - Including Custom Plates, Cups, Napkins, and…
★★★★☆ 539
Amazon's Choice in Kids' Party Plates
$24.99
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon

Emoji Cupcake Kit - 24 Emoji Cupcake Toppers and 24 Cupcake Wrappers - Emoji Party Supplies - Emoji Party…
★★★★☆ 34
$9.99
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon

ArtCreativity Emoji Party Favor Bags, Pack of 12, Emoticon Themed Goodie Gift Paper Bags, Durable Treat Bags,…
★★★★★ 59
$10.97
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon

Creative Converting Show Your Emojions Plastic Photo Backdrop, 72 x 54-, Multicolor
★★★★☆ 400
$6.59
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon

144 2" Temporary Emoji Tattoos - 16 Assorted Emoticon Styles - Fun Gift, Party Favors, Party Toys, Goody Bag Favors
★★★★☆ 542
$7.98 ($0.06/Count)
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon

Big Mo's Toys Emoji Liners Party Cupcake Holders - Emoji Birthday Party Favors, Emoji Cupcake Liners,…
★★★★☆ 121
$7.99
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History

View or edit your browsing history

Page 1 of 5

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible
Book Depository
Box Office Mojo
ComiXology
DPReview
Fabric
Goodreads

amazon
Deliver to
Naperville 60564
Winlyn
Emoji
Hello,
Account & Lists
Returns
& Orders
0
All
Amazon Basics
Coupons
Customer Service
Shopper Toolkit
Beauty & Personal Care
Pet Supplies
Pharmacy
Health & Household
Fashion
Home Improvement
Find a Gift
8 results for "Emoji"
Sort by: Featured
FILTERS
BRANDS
Winlyn
Supla
RESULTS
Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Sticker...
9
$15.99
Get it as soon as Tomorrow, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Mixed Eucalyptus Leaves Stems Bulk Faux Seeded Eucalyptus Leaves Sprays Artificial Silver Dollar Eucalyptus Leaves Stems for Floral Wreath Garland...
210
$14.99 $16.99
Get it as soon as Tomorrow, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Winlyn 477 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Self-Adhesive in Red Pink...
27
$14.99
Get it as soon as Fri, Apr 8
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order soon.
30 Sets Valentine's Day Cards Pet Dog Cat Rabbit Greeting Cards Scratch & Sniff Valentine Cards with Envelopes Stickers for Kids Boy Girl Brithday...
91
$14.99
Get it as soon as Tomorrow, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - order soon.
Supla 30 Sets Valentine's Day Cards Scratch Sniff Strawberry Scented Valentine Cards Donut Ice Cream Cupcake Sweet Cards with Stickers...
104
$14.99
Get it as soon as Tomorrow, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - order soon.
27 Sets Magic Color Scratch Art Heart Ornaments Tree Decorations DIY Valentine Craft Kits Assorted Scratch Paper Heart Cutouts Pom-poms...
105
$14.99
Ages: 3 years and up
Get it as soon as Tomorrow, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
756 Pack Valentine's Day Party Favors Supplies Valentine Craft Stampers Rubber Bracelets Heart Stickers Sticky Hands Tattoo Bulk Assortment for...
46
$19.99
Get it as soon as Tomorrow, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order soon.
Supla 200 Pcs 20 Colors Gift Tags Sign with String Party Favor Paper Tags Escort Cards Wishing Tree Tags Name Place Cards Hanging Sign Tags Price...

# Choose your shipping options

## Shipment 1 of 1

### Shipping from Amazon.com (Learn more)

Shipping to: [redacted] 28W700 PERKINS CT, NAPERVILLE, IL, 60564-9579 United States

- **Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration** - Winlyn
  $15.99 - Quantity: 30
  Sold by: Winlyn

Change quantities or delete

### Choose a delivery option:

**Good news [redacted], we're giving you a 30-day FREE trial of Prime**

- ○ FREE Prime Delivery with a free trial of amazon prime
- ○ **5-6 business days once shipped**
  FREE Shipping
- ◉ **3 business days once shipped**
  $10.09 - Shipping
- ○ **2 business days once shipped**
  $13.59 - Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.

## Review your order

**Shipping address** Change
[redacted]
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States
Phone: [redacted]
Add delivery instructions
Ship to multiple addresses

**Payment method** Change
Debit ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code | Apply

FREE TRIAL

**[redacted] we'd hate for you to miss out on a FREE 30-day trial of Prime**

Save $10.09 on eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime FREE for 30 days
No hassle. No commitments. Cancel anytime.

**Order now and we'll notify you by email when we have an estimated delivery date for this item.**

**Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration**
Winlyn
$15.99 & FREE Returns
Amazon Prime eligible Join now
**Quantity:** 30 Change
Sold by: Winlyn

Add a gift receipt
and see other gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- 5-6 business days once shipped
  FREE Shipping
- (selected) 3 business days once shipped
  $10.09 - Shipping
- 2 business days once shipped
  $13.59 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (30): | $479.70 |
| Shipping & handling: | $10.09 |
| Total before tax: | $489.79 |
| Estimated tax to be collected: | $37.20 |
| **Order total:** | **$526.99** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.

## Details for Order #112-1597539-1741053

Print this page for your records.

**Order Placed:** April 6, 2022
**Amazon.com order number:** 112-1597539-1741053
**Order Total: $84.41**

### Not Yet Shipped

| Items Ordered | Price |
| --- | --- |
| 1 of: *Winlyn 321 Pcs Assorted Valentine's Day Stickers Embellishments Craft Smile Face Heart Shaped Cutouts Foam Stickers Emoji Round Foam Stickers Self-Adhesive for Kids Scrapbooking Cards Decoration*<br>Sold by: Winlyn (seller profile)<br>Condition: New | $15.99 |

**Shipping Address:**
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
Debit Card | Last digits:

**Billing address**
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States

| | |
| --- | --- |
| Item(s) Subtotal: | $70.84 |
| Shipping & Handling: | $8.07 |
| | ----- |
| Total before tax: | $78.91 |
| Estimated tax to be collected: | $5.50 |
| | ----- |
| **Grand Total:** | **$84.41** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates