IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-2378 <br><br> Judge John J. Tharp, Jr. |

## DECLARATION OF LUIS FIGUEROA

I, Luis Figueroa, of Chicago, Illinois, declare as follows:

1. I am a paralegal at the law firm of record representing the Plaintiff, EMOJI COMPANY GmbH. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as stated below.

2. Part of my responsibilities involve corresponding with multiple third-party e-commerce platforms involved in trademark infringement suits including, but not limited to, Amazon,com, Inc. ("Amazon"), ContextLogic, Inc. ("Wish"), DHgate, eBay, Alipay, AliExpress and PayPal.

3. I am responsible for collecting and organizing the data received from the third-party platforms which includes the financial account and sales history information related to the defendants named in trademark infringement suits filed by our firm.

4. On May 10, 2022, the Court granted Plaintiff's Motion for Entry of a Temporary

Restraining Order ("TRO") [Dkt. Nos. 24, 25], which directed the platform of Amazon.com, Inc. ("Amazon") to provide Plaintiff with expedited discovery including the sales history and financial accounting of Defendant's store. [Dkt. No. 25 – TRO ₱ 4].

5. On May 11, 2022, I sent an email containing a copy of the TRO, subpoena and list of Defendants to Amazon in the above-referenced case and requested the sales history and financial accounting for those Defendants which included Defendant No. 232 "Winlyn".

6. On May 13, 2022, I received the sales history and financial accounting associated with Defendant No. 232 "Winlyn". A summary of the information received follows:

| External_Seller_ID | ASIN | Net_Ordered_Units | Net_Ordered_GMS_USD | Price per Unit |
|---|---|---|---|---|
| ARM5JG1QBG2C7 | B08SWF47JG | 1019 | 14764.36 | 14.49 |

**Image 1**

**Product information**

| | |
|---|---|
| Package Dimensions | 10.43 x 10.2 x 2.32 inches |
| Item Weight | 3.84 ounces |
| ASIN | B08SWF47JG |
| Best Sellers Rank | #294,554 in Toys & Games (See Top 100 in Toys & Games) #7,597 in Kids' Stickers |
| Customer Reviews | 9 ratings 4.2 out of 5 stars |

| Doe | Seller Name | Platform | Email | Items Sold | Gross Merchant Volume | Account (USD) | Amount Frozen (USD) |
|---|---|---|---|---|---|---|---|
| 232 | Winlyn | Amazon | zhuoxiangmaoyi@foxmail.com | 1019 | $ 14,764.36 | ARM5JG1QBG2C7 | $ 117,729.37 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2022 at Chicago, Illinois

/s/ Luis Figueroa

Luis Figueroa
Paralegal